Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Michael J. Manning, Esq. (SBN 286879)
**MANNING LAW, APC**
26100 Towne Centre Drive
Foothill Ranch, CA 92610
Office: (949) 200-8755
Email: privacy@manninglawoffice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff: JOHN TASKER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TASKER, an individual, | Case No: 5:25-cv-01301-MEMF-SHK |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** |
| v. | |
| TRUIST FINANCIAL CORPORATION, a North Carolina corporation, | |
| Defendants. | |

1

The Parties by and through their undersigned counsel hereby jointly give the Court notice that Plaintiff JOHN TASKER and Defendant TRUIST FINANCIAL CORPORATION (collectively, the "Parties") have reached a settlement in this matter.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates, including Defendant's August 14, 2025 deadline to respond to the Complaint, with the expectation that the settlement will be consummated within sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims to be filed thereafter.

Dated: August 13, 2025    **NATHAN & ASSOCIATES, APC**

By: /s/ Reuben D. Nathan
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com

*Attorneys for Plaintiff*

Dated: August 13, 2025    **SIDLEY AUSTIN LLP**

By: /s/ Amy P. Lally
Amy P. Lally
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: (310) 595-9500
E-Mail: alally@sidley.com

*Attorneys for Defendant*

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(1), Reuben D. Nathan hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above.*

Dated: August 13, 2025                    By: /s/ Reuben D. Nathan
                                              Reuben D. Nathan