1
2
3
4
5
6
7

8                   UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10
11

12 JOHN TASKER, an individual,         Case No. 5:25-cv-01301-MEMF-SHK

13                Plaintiffs,     **ORDER GRANTING**

14      v.                            **STIPULATION FOR DISMISSAL**
**WITH PREJUDICE AS TO**

15 TRUIST FINANCIAL             **PLAINTIFF'S INDIVIDUAL**
CORPORATION, a North Carolina    **CLAIMS AND WITHOUT**

16 corporation,                      **PREJUDICE AS TO THE CLASS**

17                Defendant.    **CLAIMS**

18
19
20
21
22
23
24
25
26
27
28

The Court having considered the Parties' Stipulation for Dismissal with Prejudice as to Plaintiff's Individual Claims and without Prejudice as to the Class Claims, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. This action is dismissed in its entirety, with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims.

2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 5, 2025

Honorable Maame Ewusi-Mensah Frimpong
United States District Court Judge